```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
        -against-                     :     10-cr-94, 14-cv-307(JSR)
                                      :
                                      :            ORDER
                                      :
TYRONE OLDYN,                         :
                                      :
        Defendant.                    :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On July 8, 2014, the Honorable Andrew J. Peck, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny the defendant's 2255 motion to vacate, set aside or correct the sentence imposed in his criminal case. Objections to the Report and Recommendation were due on July 22, 2014, and a motion for extension of time was filed on July 13, 2014.

On July 31, 2014, pro se defendant Tyrone Oldyn filed objections to the Report. The Court has reviewed the defendant's objections and the underlying record de novo. Having done so, the Court finds itself in complete agreement with Magistrate Judge Peck's Report and Recommendation and hereby adopts its reasoning by reference. For the reasons stated in the Report, the Court hereby denies the motion, with prejudice. Clerk to enter judgment.

SO ORDERED.

Dated: New York, New York
       August 17, 2014

                                         _____
                                         JED S. RAKOFF, U.S.D.J.